UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br>    Plaintiff,<br><br>          v.<br><br>WILIAM FRANCIS GALVIN, in his<br>official capacity as the<br>Secretary of the Commonwealth<br>of Massachusetts,<br>    Defendant. | )<br>)<br>)<br>)  C.A. No. 1:20-11889-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

WOLF, D.J.                                                October 20, 2020

The court has received the Complaint, Motion for Temporary Restraining Order, and supporting Memorandum, which were filed earlier today. It is not clear whether they have been served on defendant electronically or otherwise. In any event, the Memorandum, Docket No. 3, does not satisfy the requirements of Rule 7.1 of the Local Rules of the United States District Court for the District of Massachusetts. More specifically, plaintiff's counsel does not certify that the parties have conferred and attempted in good faith to resolve or narrow the issues. See Local Rule 7.1(a)(2). Nor does the Memorandum cite supporting legal authority for the relief sought. See Local Rule 7.1(b)(1). There is likely none for plaintiff's request for monetary relief as the Eleventh Amendment bars the award of such relief in a case brought in federal court against a state official sued in his official capacity. See, e.g., Quern v. Jordan, 440 U.S. 332, 342 (1979).

In view of the foregoing, it is hereby ORDERED that:

1. Plaintiff shall serve forthwith this Order, and his submissions if he has not already done so.

2. Counsel for plaintiff and defendant shall confer as required by Local Rule 7.1(a)(2).

3. Plaintiff shall certify that the conference required by Local Rule 7.1(a)(2) occurred, report the results of the conference, and file a memorandum in support of the Motion for Temporary Restraining Order that cites case law and otherwise satisfies the requirements of Local Rule 7.1(b)(1).

4. After receiving the foregoing submissions from plaintiff, the court will, if necessary, order the defendant to respond promptly to the Motion for Temporary Restraining Order.

                                                   _/s/ Mark L. Wolf_
                                                   UNITED STATES DISTRICT JUDGE