UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 20 – 11889

DR. SHIVA AYYADURAI,
    *The Plaintiff,*

v.

WILLIAM FRANCIS GALVIN, in his official capacity
as the Secretary of the Commonwealth of Massachusetts,
    *The Defendant.*

## **MOTION TO WITHDRAW AS COUNSEL**

Now comes the Attorney, Daniel Casieri, for the Plaintiff, Dr. Shiva Ayyadurai, who moves this Honorable Court to allow this Motion to Withdraw as Counsel in the above-captioned action. As reasons therefore, the Attorney *must* withdraw pursuant to Rule 1.16(3) of the Rules of Professional Conduct, as the Attorney has been discharged by the Plaintiff in writing.

The Plaintiff's current mailing address, as written in the Complaint, is:

*Dr. Shiva Ayyadurai*
*701 Concord Avenue*
*Cambridge, Massachusetts 02138*

All documents may be delivered to that street address, until the Plaintiff retains another lawyer.

Wherefore, for the foregoing reasons, among other reasons that are subject to the Attorney-Client privilege, the Attorney for the Plaintiff requests that this Motion to Withdraw be allowed.

Respectfully Submitted,

Dated: October 27, 2020 /s/ Daniel Casieri
Daniel Casieri, Esq.
BBO# 697693
19 Court Street, Unit 3D
Plymouth, MA 02360
(508) 400-0774
danielcasierilaw@gmail.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 27, 2020 /s/ Daniel Casieri
Daniel Casieri, BBO #697693