UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Case No. 20 – 11889

DR. SHIVA AYYADURAI,
  *The Plaintiff,*

v.

WILLIAM FRANCIS GALVIN, in his official capacity as the Secretary of the Commonwealth of Massachusetts,
  *The Defendant.*

## MOTION TO CONTINUE *PRO SE*

Plaintiff seeks leave of the court to continue pro se as he has discharged his previous counsel, who has filed to withdraw.

Respectfully submitted under the pains and penalties of perjury,

Plaintiff, *pro se*
Dr. Shiva Ayyadurai
701 Concord Ave
Cambridge, MA 02138
Phone: 617-631-6874
Email: vashiva@vashiva.com

1

## CERTIFICATE OF SERVICE

I certify that this document, filed through the clerk's office, was sent electronically by email to opposing counsel Adam Hornstine Esq. at the Massachusetts Office of the Attorney General.

October 27, 2020

Plaintiff, *pro se*
Dr. Shiva Ayyadurai
701 Concord Ave
Cambridge, MA 02138
Phone: 617-631-6874
Email: vashiva@vashiva.com