UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
DR. SHIVA AYYADURAI,              )
     Plaintiff,                   )
                                  )
          v.                      )   C.A. No. 1:20-11889-MLW
                                  )
WILIAM FRANCIS GALVIN, in his     )
official capacity as the          )
Secretary of the Commonwealth     )
of Massachusetts,                 )
     Defendant.                   )
```

ORDER

WOLF, D.J.                                                                             October 27, 2020

In view of plaintiff Shiva Ayyadurai's response to the October 20, 2020 Order (Dkt. No. 7), it is hereby ORDERED that:

1. Daniel Casieri's Motion to Withdraw as Counsel for plaintiff (Dkt. No. 8) is ALLOWED.

2. Plaintiff's Motion to Continue Pro Se (Dkt. No. 9) is ALLOWED.

3. Defendant shall, by 10:00 a.m. on October 29, 2020, respond to the Motion for Temporary Restraining Order (Dkt. No. 2) (the "Motion") in the manner required by Rule 7.1(b)(2) of the Local Rules of the United States District Court for the District of Massachusetts. The affidavit(s) filed in opposition to the Motion shall address, among other things, the allegation that the office of the Secretary of the Commonwealth of Massachusetts caused

Twitter to suspend plaintiff's account.  <u>See</u> Verified Complaint (Dkt. No. 1) ¶3 & n.1.

4.  A hearing on the Motion will be held on October 30, 2020, at 10:00 a.m. Plaintiff, any affiant(s), Debra O'Malley, and a representative of the defendant with full authority to agree to a resolution of this case or the Motion without consulting anyone else shall attend.

/s/ Mark L. Wolf<br>
UNITED STATES DISTRICT JUDGE