UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DR. SHIVA AYYADURAI,

             Plaintiff,

v.

WILLIAM FRANCIS GALVIN, in his official capacity as the Secretary of the Commonwealth of Massachusetts,

             Defendant.

CIVIL ACTION
NO. 1:20-cv-11889-MLW

## **NOTICE OF APPEARANCE**

Please enter on the docket my appearance as attorney for the defendant William Francis Galvin.

             Respectfully submitted,

             MAURA HEALEY
             ATTORNEY GENERAL

             /s/ Anne Sterman
             Anne Sterman (BBO No. 650426)
             Assistant Attorney General
             Government Bureau
             One Ashburton Place
             Boston, MA 02108
             (617) 963-2524
             Anne.Sterman@mass.gov

Date:   October 28, 2020

## **CERTIFICATE OF SERVICE**

   I certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that a copy will be sent to those indicated as non-registered participants by email on October 28, 2020.

                */s/ Anne Sterman*
                Anne Sterman
                Assistant Attorney General