UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>                Plaintiff,<br><br>         v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as the Secretary of the Commonwealth of Massachusetts,<br><br>                Defendant. | CIVIL ACTION<br>NO. 1:20-cv-11889-MLW |

**NOTICE OF APPEARANCE**

Please enter on the docket my appearance as attorney for the defendant William Francis Galvin.

Respectfully submitted,

MAURA HEALEY
ATTORNEY GENERAL

/s/ Adam Hornstine
Adam Hornstine (BBO No. 666296)
Assistant Attorney General
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2048
Adam.Hornstine@mass.gov

Date:   October 28, 2020

## **CERTIFICATE OF SERVICE**

I certify that this document, filed through the Court's ECF, system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants by first-class mail on October 28, 2020.

/s/ Adam Hornstine
Adam Hornstine
Assistant Attorney General