```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

DR. SHIVA AYYADURAI,            )
    Plaintiff,                  )
                                )
        v.                      )   C.A. No. 1:20-11889-MLW
                                )
WILIAM FRANCIS GALVIN, in his   )
official capacity as the        )
Secretary of the Commonwealth   )
of Massachusetts,               )
    Defendant.                  )

## ORDER

WOLF, D.J.                                           October 30, 2020

As agreed by the parties on October 30, 2020, it is hereby ORDERED that:

1. Defendant Secretary of the Commonwealth of Massachusetts William Frances Galvin, his agents, employees, and other persons in active concert with any of them, shall not before 9:00 a.m. on November 4, 2020, report or complain to Twitter concerning any tweets of plaintiff Dr. Shiva Ayyadurai.

2. Defendant shall ask the National Association of State Election Directors not to report or complain to Twitter concerning any tweets by plaintiff before 9:00 a.m. on November 4, 2020.

3. If defendant believes that any tweet or communication by plaintiff is false or misleading, he may say so in a tweet or in any other manner.

4. Plaintiff's Motion for Temporary Restraining Order (Dkt. No. 2) is MOOT.

5. The parties shall confer and, by November 13, 2020, report whether they have agreed that this case should be dismissed and, if not, report, jointly if possible, their views on how it should proceed.

6. This case is otherwise STAYED.

_____
UNITED STATES DISTRICT JUDGE