UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>                  Plaintiff,<br><br>v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as the Secretary of the Commonwealth of Massachusetts,<br><br>                  Defendant. | CIVIL ACTION<br>NO. 1:20-cv-11889-MLW |

**JOINT STATUS REPORT**

Pursuant to the Court's order of October 30, 2020, Plaintiff Dr. Shiva Ayyadurai and Defendant William Francis Galvin, in his official capacity as Secretary of the Commonwealth, hereby submit this joint status report.

The parties have not agreed that this case should be dismissed. Plaintiff has filed an Amended Complaint that asserts additional claims against newly added Defendants, including William F. Galvin in his individual capacity. Undersigned defense counsel offered to accept and complete waivers of the service of summonses on behalf of Secretary Galvin, in his official and individual capacities, Michelle Tassinari, in her individual capacity, and Debra O'Malley, in her individual capacity. Plaintiff has chosen to serve them in hand via a sheriff instead in order to move this litigation along without preventable delay. Plaintiff notes that the Attorney General intends to defend the individuals at public expense against claims alleging intentional torts.

Defendants anticipate that they will move to dismiss the Amended Complaint and Plaintiff will oppose such motions to dismiss.

The parties submit that discovery should be stayed until these motions to dismiss are resolved. Once the motions to dismiss are resolved, Plaintiff requests that fact discovery be completed within three months, with another two months for expert discovery. Defendants request that fact discovery be completed within six months, with another three months for expert discovery.

Respectfully submitted,

DR. SHIVA AYYADURAI

/s/ Dr. Shiva Ayyadurai
Dr. Shiva Ayyadurai, Pro Se
701 Concord Ave.
Cambridge, MA 02138
Phone: 617-631-6874
Email: vashiva@vashiva.com


WILLIAM FRANCIS GALVIN,
in his official capacity,

By his Attorneys,

MAURA HEALEY
ATTORNEY GENERAL

/s/ Adam Hornstine
Anne Sterman (BBO No. 650426)
Adam Hornstine (BBO No. 666296)
Assistant Attorneys General
Government Bureau
One Ashburton Place
Boston, MA 02108
(617) 963-2524
Anne.Sterman@mass.gov
(617) 963-2048
Adam.Hornstine@mass.gov

**CERTIFICATE OF SERVICE**

    I certify that this document, filed through the Court's ECF system, will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and that a copy will be sent to those indicated as non-registered participants by email on November 13, 2020.

    /s/ Adam Hornstine
    Adam Hornstine
    Assistant Attorney General