UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br>    Plaintiff,<br><br>        v.<br><br>WILLIAM FRANCIS GALVIN,<br>MICHELLE K. TASSINARI,<br>DEBRA O'MALLEY,<br>AMY COHEN,<br>NATIONAL ASSOCIATION OF STATE<br>ELECTION DIRECTORS,<br>all in their individual<br>capacities, and<br>WILIAM FRANCIS GALVIN, in his<br>official capacity as the<br>Secretary of the Commonwealth<br>of Massachusetts,<br>    Defendants. | C.A. No. 1:20-11889-MLW |

## ORDER

WOLF, D.J.                                                       November 16, 2020

In view of the parties' joint status report (Dkt. No. 28), it is hereby ORDERED that:

1. Defendants shall file their motions to dismiss by December 9, 2020.

2. Plaintiff shall file his opposition by December 23, 2020.

3. Defendant shall file any reply by January 8, 2021.

4. Discovery in this case is STAYED pending resolution of the motions to dismiss.

                                                      /s/ Mark L. Wolf
                                                UNITED STATES DISTRICT JUDGE