UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as the Secretary of the Commonwealth of Massachusetts and his individual capacity, MICHELLE TASSINARI, in her individual capacity, DEBRA O'MALLEY, in her individual capacity, AMY COHEN, in her individual capacity, and NATIONAL ASSOCIATION OF STATE ELECTION DIRECTORS<br><br>　　　　　　　　Defendant. | CIVIL ACTION<br>NO. 1:20-cv-11889-MLW |

**ASSENTED TO MOTION TO FILE BRIEF IN SUPPORT OF MOTION TO DISMISS THAT EXCEEDS TWENTY PAGE LIMIT**

　　Defendants, Secretary of the Commonwealth William Francis Galvin, Michelle Tassinari, and Debra O'Malley, move this Court to allow them to file a single consolidated brief in support of their motions to dismiss that exceeds the twenty-page limit imposed by Local Rule 7.1(b)(4). Specifically, Defendants seek leave of Court to file a brief that does not exceed thirty-five pages (excluding a cover page, table of contents, signature block, and certificate of service). Defendants submit that this page length extension will allow them to submit a single, consolidated brief in support of their motions to dismiss the Amended Complaint. Plaintiff assent to the relief sought by this motion.

                                      Respectfully submitted,

                                      Defendants,

                                      WILLIAM FRANCIS GALVIN, in his official and individual capacities, MICHELLE TASSINARI, in her individual capacity, and DEBRA O'MALLEY, in her individual capacity,

                                      By their attorneys,

                                      MAURA HEALEY
                                      ATTORNEY GENERAL

                                      /s/ Adam Hornstine
                                      Anne Sterman (BBO No. 650426)
                                      Adam Hornstine (BBO# 666296)
                                      Assistant Attorneys General
                                      Office of the Attorney General
                                      One Ashburton Place
                                      Boston, MA  02108
                                      617-963-2048
                                      Anne.Sterman@mass.gov
                                      Adam.Hornstine@mass.gov

Date: December 7, 2020

## CERTIFICATE OF SERVICE

    I, Adam Hornstine, Assistant Attorney General, hereby certify that I have this day, December 7, 2020, served the foregoing **Memorandum**, upon all parties, by electronically filing to all ECF registered parties, and paper copies will be sent to those indicated as non-registered ECF participants.

                                      /s/ Adam Hornstine
                                      Adam Hornstine

## LOCAL RULE 7.1 CERTIFICATION

    I, Adam Hornstine, Assistant Attorney General, hereby certify that I met and conferred with Plaintiff, and Plaintiff assents to the relief sought by this motion.

                                      /s/ Adam Hornstine
                                      Adam Hornstine