UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE No. 1:20-CV-11889-MLW

| | |
|---|---|
| Dr. SHIVA AYYADURAI ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM FRANCIS GALVIN, ) | |
| MICHELLE K. TASSINARI, ) | |
| DEBRA O'MALLEY, ) | JURY DEMANDED |
| AMY COHEN, ) | |
| NATIONAL ASSOCIATION OF ) | |
| STATE ELECTION DIRECTORS, ) | |
| all in their individual capacities, and ) | |
| WILLIAM FRANCIS GALVIN, ) | |
| in his official capacity as Secretary ) | |
| of State for Massachusetts, ) | |
| Defendants. ) | |

EX PARTE MOTION TO CORRECT A SPELLING MISTAKE

In one of two documents filed yesterday, Plaintiff missed catching a scrivenor's error before the document was filed via ECF. He noticed it only in the filed document opposing Cohen's individual motion to dismiss. On page 2 of the Plaintiff's opposition to NASED's and Cohen's motion to dismiss, the phrase "undeniably unintentional" should read "undeniably intentional." No other change is necessary.

Plaintiff respectfully seeks the court's leave to refile a corrected document. The corrected document is attached to this motion.

Respectfully submitted under the pains and penalties of perjury,

/s/ Dr. Shiva Ayyadurai

Date: January 22, 2020

**Dr. Shiva Ayyadurai**
Plaintiff, *pro se*
701 Concord Ave
Cambridge, MA 02138
Phone: 617-631-6874
Email: vashiva@vashiva.com

CERTIFICATE OF SERVICE

Plaintiff certifies that he served this motion upon Defendants, via counsel, via ECF.

Respectfully submitted under the pains and penalties of perjury,

/s/ Dr. Shiva Ayyadurai

Date: January 22, 2020

**Dr. Shiva Ayyadurai**
Plaintiff, *pro se*
701 Concord Ave
Cambridge, MA 02138
Phone: 617-631-6874
Email: vashiva@vashiva.com