UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE No. 1:20-CV-11889-MLW

| | |
|---|---|
| Dr. SHIVA AYYADURAI )<br>   Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM FRANCIS GALVIN, )<br>MICHELLE K. TASSINARI, )<br>DEBRA O'MALLEY, )<br>AMY COHEN, )<br>NATIONAL ASSOCIATION OF )<br>STATE ELECTION DIRECTORS, )<br>all in their individual capacities, and )<br>WILLIAM FRANCIS GALVIN, )<br>in his official capacity as Secretary )<br>of State for Massachusetts, )<br>   Defendants. ) | JURY DEMANDED |

STATUS REPORT FROM THE PLAINTIFF
IN RESPONSE TO THE COURT'S FEBRUARY 19, 2021 ORDER

1  On October 30, 2020, Galvin, Tassinari and O'Malley submitted to this court that they would not contact Twitter again to have the Plaintiff silenced, and agreed to request Cohen and NASED to not contact Twitter again on their behalf.

2  Plaintiff filed his 8-page February 4, 2021, emergency motion as a continuation of his original October 20, 2020, motion (filed by counsel) and October 27, 2020, supplemental memorandum (filed *pro se*) for an injunction that accompanied the original complaint.

3  The February 4th motion was not accompanied by a fresh memorandum as it was for a hearing on the original October 30, 2020, Order and stipulations.

4  The Plaintiff submits that when Galvin, Tassinari, and O'Malley stipulated that they would no longer do **whatever it took** to silence the Plaintiff on Twitter, they should have made Twitter stop using its algorithm to monitor the Plaintiff for referencing Tassinari and her emails.

5       The conclusion is inescapable that the permanent suspension of the Plaintiff's Twitter account for his again referencing "Tassinari" was either because the algorithm was willfully left undisturbed from September 2020 in conscious defiance of an agreement made with this court, or Galvin, Tassinari and O'Malley once again freshly made Twitter silence this Plaintiff in February 2021 as part of their *whatever it took* effort to obstruct justice and conceal their conscious Federal crime.

6       Given that the suspension response was both immediate and a progressive escalation from prior actions, showing dunning in action (hours, days, weeks, now permanent), it is extremely likely that it was the direct result of Galvin, Tassinari and O'Malley's original September 2020 *whatever it took* effort, and that they chose to deceive this court.

7       The Plaintiff requested a second hearing to discuss this with the court.

8       Furthermore, the October 30, 2020, hearing and Order did not involve Cohen as a Defendant because the amended complaint had not been filed or served. Naturally, Plaintiff conferred with the attorney for Galvin, Tassinari and O'Malley to discuss their willful active concealment of substantive facts from this court, a fact memorialized in a certificate of conferral.

9       Plaintiff however appreciates that Cohen strongly feels that she is involved in Galvin, Tassinari's and O'Malley's *whatever it took* effort to silence this Plaintiff on Twitter and Cohen feels that the Plaintiff should have conferred with her attorney on this second hearing about an Order that predated her finally accepting service after evading it for a week.

10      Pursuant to this court's February 19, 2021, Order, the Plaintiff shall file the relevant motions this week after conferring with the attorneys for all defendants.

11      Plaintiff shall also later file a supplemental memorandum regarding his motion for a hearing.

12      Plaintiff again brings to this court's attention that Cohen and NASED, via attorney Nolan Mitchell, continue their tampering of the caption of this case, even after this Plaintiff has moved this court for exemplary sanctions against these defendants and their attorney for doing so,

Respectfully submitted under the pains and penalties of perjury,

|  |  |
|---|---|
| Date: February 26, 2021 | /s/ Dr. Shiva Ayyadurai<br>**Dr. Shiva Ayyadurai**<br>Plaintiff, *pro se*<br>701 Concord Ave,<br>Cambridge, MA 02138<br>Phone: 617-631-6874<br>Email: vashiva@vashiva.com |

CERTIFICATE OF SERVICE

Plaintiff certifies that he served this status report upon the Defendants via their counsel via ECF.

Respectfully submitted under the pains and penalties of perjury,

|  |  |
|---|---|
| Date: February 26, 2021 | /s/ Dr. Shiva Ayyadurai<br>**Dr. Shiva Ayyadurai**<br>Plaintiff, *pro se*<br>701 Concord Ave,<br>Cambridge, MA 02138<br>Phone: 617-631-6874<br>Email: vashiva@vashiva.com |