UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br>    Plaintiff,<br><br>        v.<br><br>WILLIAM FRANCIS GALVIN,<br>MICHELLE K. TASSINARI,<br>DEBRA O'MALLEY,<br>AMY COHEN,<br>NATIONAL ASSOCIATION OF STATE<br>ELECTION DIRECTORS,<br>all in their individual<br>capacities, and<br>WILIAM FRANCIS GALVIN, in his<br>official capacity as the<br>Secretary of the Commonwealth<br>of Massachusetts,<br>    Defendants. | C.A. No. 1:20-11889-MLW |

## ORDER

WOLF, D.J.                                          March 25, 2021

Plaintiff has filed, pro se, a motion to join Twitter, Inc. ("Twitter") as a defendant and for leave to file a Second Amended Complaint. See Dkt. No. 64 (the "Motion").

Defendants Secretary of the Commonwealth of Massachusetts William Galvin, Michelle Tassinari, and Debra O'Malley take no position on the Motion. See Dkt. No. 65. Defendants NASED and Amy Cohen oppose the Motion on the grounds that plaintiff has presented no factual support for his assertion that Twitter is a necessary party under Rule 19 of the Federal Rules of Civil Procedure, and his proposed amendment would be futile and not serve any useful purpose. See Dkt. No. 71.

It is not clear whether plaintiff proposes to add additional allegations against all defendants in a Second Amended Complaint or only to add Twitter as a defendant with the same allegations that are in his First Amended Complaint.

In view of the foregoing, it is hereby ORDERED that plaintiff shall, by April 7, 2021, file his proposed Second Amended Complaint, with Twitter as a defendant, serve it on Twitter, and report when Twitter has been served. Twitter shall, within 10 days of being served, state whether or not it wishes to respond to the Motion, and, if so, do so 10 days thereafter.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE