UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE No. 1:20-CV-11889-MLW

| | |
|---|---|
| Dr. SHIVA AYYADURAI ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM FRANCIS GALVIN, ) <br> MICHELLE K. TASSINARI, ) <br> DEBRA O'MALLEY, ) <br> AMY COHEN, ) <br> NATIONAL ASSOCIATION OF ) <br> STATE ELECTION DIRECTORS, ) <br> TWITTER, INC., ) <br> all in their individual capacities, and ) <br> WILLIAM FRANCIS GALVIN, ) <br> in his official capacity as Secretary ) <br> of State for Massachusetts, ) <br>     Defendants. ) | JURY DEMANDED |

PLAINTIFF'S STATUS REPORT

As ordered by this court on March 25, 2021, Plaintiff has filed his proposed second amended complaint via ECF. Today, the Suffolk Sheriff has received the package to be served upon TWITTER, INC.'s registered agent in Massachusetts, and is expected to perfect service by hand on Thursday, April 8, 2021 (receipt from Sheriff attached).

    Today, a copy has also been sent to Twitter's CEO Jack Dorsey at Twitter headquarters in San Francisco, via certified mail with return receipt requested (receipt attached of certified mail transmission). Plaintiff shall file the return of service from the Sheriff next week.

    Respectfully submitted under the pains and penalties of perjury,

                                    /s/ Dr. Shiva Ayyadurai

                                    **Dr. Shiva Ayyadurai**

April 7, 2021                    Plaintiff, *pro se*
                                 701 Concord Ave,
                                 Cambridge, MA 02138
                                 Phone: 617-631-6874
                                 Email: vashiva@vashiva.com

PLEASE FILL OUT THE INFORMATION BELOW TO ASSIST US IN OBTAINING PROPER SERVICE. WE MUST HAVE A PHONE NUMBER TO REACH YOU IN CASE THERE ARE ANY QUESTIONS

(PRO-SE) / ATTORNEY DROP-OFF SLIP

PLANTIFF OR ATTORNEY
Dr. Shiva Ayyadurai
NAME

701 Concord Ave
STREET OR P.O. BOX

Apt #
Cambridge MA 02138
CITY, STATE & ZIP

PHONE NUMBER (617) 631 6874
**BEST NUMBER TO REACH YOU WITH QUESTIONS**

Suffolk Deputy Sheriffs
132 Portland Street
Boston, MA 02114

APR 07 2021

DEFENDANT (PARTY BEING SERVED)
TWITTER, INC.
NAME
c/o Registered Agent CT Corporation
155 Federal Street, STE 700
STREET

Apt #
Boston, MA 02110
CITY, STATE & ZIP

PHONE NUMBER (     )

**LIST ANY SPECIAL INSTRUCTIONS TO ENSURE PROPER DELIVERY**
Deliver by hand.

FOR OFFICE USE ONLY:

☒ RUSH
☐ COURT DATE IS:
☐ SERVE BY:
☐ REQUEST WE RETURN BY MAIL
☒ CALL FOR PICK UP
☒ HOLD FOR PICK UP
☐ IN HAND SERVICE IS REQUIRED

Total Amount Due/Paid: $

Method of Payment:
☐ Cash
☐ Money Order
☐ Fee Waiver
☒ Law Firm

RECEIVED BY: _____ (Initials)

3

