DISTRICT OF MASSACHUSETTS

CASE No. 1:20-CV-11889-MLW

| | |
|---|---|
| Dr. SHIVA AYYADURAI )<br>Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM FRANCIS GALVIN, )<br>MICHELLE K. TASSINARI, )<br>DEBRA O'MALLEY, )<br>AMY COHEN, )<br>NATIONAL ASSOCIATION OF )<br>STATE ELECTION DIRECTORS, )<br>TWITTER, INC., )<br>all in their individual capacities, and )<br>WILLIAM FRANCIS GALVIN, )<br>in his official capacity as Secretary )<br>of State for Massachusetts, )<br>Defendants. ) | JURY DEMANDED |

STATUS REPORT RE TWITTER'S FIRST RESPONSE TO BEING SERVED
THE SECOND AMENDED COMPLAINT

On April 8, 2021, at 09:10 EST, the Suffolk Sheriff served a summons, the second amended complaint and a copy of this court's March 25, 2021, Order upon Twitter's registered agent in Boston. On April 9, at 10:56 EST, Plaintiff received a response to his appeal filed on February 2, 2021, regarding the indefinite suspension of his Twitter account. There had been no response from Twitter regarding his appeal for more than Sixty (60) days. The response sent today after Twitter was served the proposed second amended complaint is attached for this court's review.

    Respectfully submitted under the pains and penalties of perjury,

                                                                                                   /s/ Dr. Shiva Ayyadurai

April 9, 2021                                         **Dr. Shiva Ayyadurai**
                                                                         Plaintiff, *pro se*

701 Concord Ave,
Cambridge, MA 02138
Phone: 617-631-6874
Email: vashiva@vashiva.com

**From:** Twitter Support <support@twitter.com>
**Date:** April 9, 2021 at 10:56:10 AM EDT
**To:** vashiva@vashiva.com
**Subject: Case# 0191196597: Appealing an account suspension - @va_shiva [ref:00DA0000000K0A8.5004w000025IDps:ref]**



Hello,

We're writing to let you know that your account has been suspended—and will remain suspended—due to multiple or severe violations of our election integrity policy.

Using Twitter's services for the purpose of manipulating or interfering in elections is a violation of the Twitter Rules. This includes:

- sharing misleading information about how to participate;
- voter suppression and intimidation; and
- sharing content with or modifying your account to include false or misleading affiliation.

Please do not reply to this message as this email address is not monitored.

Thanks,

Twitter