IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>      Plaintiff,<br><br>v.<br><br>WILLIAM FRANCIS GALVIN, MICHELLE K. TASSINARI, DEBRA O'MALLEY, AMY COHEN, NATIONAL ASSOCIATION OF STATE ELECTION DIRECTORS, allegedly in their individual capacities, and WILLIAM FRANCIS GALVIN, in his official capacity as Secretary of State for Massachusetts,<br><br>      Defendants,<br><br>and<br><br>TWITTER, INC.,<br><br>      Proposed Additional Defendant. | Case No. 1:20-cv-11889-MLW |

## NOTICE OF APPEARANCE

Pursuant to Rule 83.5.2(a) of the Local Rules of the United States District Court for the District of Massachusetts, notice is hereby given of the appearance of Felicia H. Ellsworth as counsel for Twitter, Inc (Twitter). By making this appearance, Twitter in no way intends to waive its rights to object to this Court's exercise of personal jurisdiction, to object that this Court is an improper venue for this litigation, or to seek a transfer, stay, or dismissal of the litigation, and Twitter hereby expressly reserves all such arguments and defenses.

Respectfully submitted,

*/s/      Felicia H. Ellsworth*
Felicia H. Ellsworth (BBO #665232)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: (617) 526-6000
E-mail: felicia.ellsworth@wilmerhale.com

***Attorney for Proposed Additional Defendant
TWITTER, INC.***

Dated:  April 18, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF") on April 18, 2021.

*/s/ Felicia H. Ellsworth*
Felicia H. Ellsworth