UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DR. SHIVA AYYADURAI,                )
    Plaintiff,               )
                           )
           v.                    )     C.A. No. 1:20-11889-MLW
                           )
WILLIAM FRANCIS GALVIN,              )
MICHELLE K. TASSINARI,              )
DEBRA O'MALLEY,                     )
AMY COHEN,                          )
NATIONAL ASSOCIATION OF STATE       )
ELECTION DIRECTORS,                 )
all in their individual            )
capacities, and                     )
WILIAM FRANCIS GALVIN, in his       )
official capacity as the            )
Secretary of the Commonwealth       )
of Massachusetts,                   )
    Defendants.              )

ORDER

WOLF, D.J.                                          April 26, 2021

    Plaintiff has filed, pro se, a Proposed Second Amended Complaint adding Twitter, Inc. as a defendant. See Dkt. No. 78. It is hereby ORDERED that defendants shall, by April 30, 2021, report whether they now oppose Plaintiff's motion for leave to file the Second Amended Complaint (Docket No. 64), and if so, shall file memoranda addressing their opposition by May 10, 2021.

UNITED STATES DISTRICT JUDGE