# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dr. SHIVA AYYADURAI,<br><br>             Plaintiff,<br><br>        v.<br><br>WILLIAM FRANCIS GALVIN,<br>MICHELLE K. TASSINARI,<br>DEBRA O'MALLEY,<br>AMY COHEN,<br>NATIONAL ASSOCIATION OF<br>STATE ELECTION DIRECTORS,<br>all in their individual capacities, and<br>WILLIAM FRANCIS GALVIN,<br>in his official capacity as Secretary<br>of State for Massachusetts,<br><br>             Defendants. | Case No. 1:20-CV-11889-MLW |

## DECLARATION OF DEREK TISLER IN SUPPORT OF THE MOTION TO ADMIT *PRO HAC VICE*

I, Derek Tisler, declare that:

1. I am an attorney at The Brennan Center for Justice at NYU, located at 120 Broadway, Suite 1750, New York, NY 10271.

2. I am duly licensed to practice law in the state courts of New York.

3. I am a member of the bar in good standing of every jurisdiction where I have been admitted to practice.

4. I have not been the subject of any prior or pending disciplinary proceedings.

5. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under this rule) revoked for misconduct.

6. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: May 18, 2021                          /s/ Derek Tisler
                                                          Derek Tisler