## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____

**DR. SHIVA AYYADURAI,**

      **Plaintiff,**

      **v.**                         **Civil Action No.  1:20-cv-11889-MLW**

**WILLIAM FRANCIS GALVIN,**
**MICHELLE K. TASSINARI,**
**DEBRA O'MALLEY, AMY COHEN,**
**NATIONAL ASSOCIATION OF**
**STATE ELECTION DIRECTORS,**
**in their individual capacities, and**
**WILLIAM FRANCIS GALVIN,**
**in his capacity as SECRETARY OF THE**
**COMMONWEALTH OF MASSACHUSETTS,**

      **Defendants.**

_____

### MOTION FOR TIMOTHY CORNELL TO PARTICIPATE AS AMICUS CURIAE

Pursuant to the Court's Memorandum and Order of May 13, 2021, Dkt. 92, Attorney Timothy Cornell moves to participate as amicus curiae in this Action.

A graduate of the University of Chicago and Cornell Law School, Mr. Cornell has been practicing law since 2002. After focusing his practice on First Amendment law since 2012, he has litigated a number of First Amendment cases throughout New England, including several representing Plaintiff Ayyadurai. As amicus here, however, Mr. Cornell will not be representing Dr. Ayyadurai, nor will he be compensated in any fashion by him.

Mr. Cornell has an academic and personal interest as amicus. Academically, Mr. Cornell is interested in this intersection of government action, private interest, and First Amendment law.

As a citizen, he is interested in the extent of the state's power to control an individual's free expression in the political arena.

Accordingly, Mr. Cornell moves to participate in this Action as amicus curiae.


Respectfully submitted,

 /s/ Timothy Cornell
Timothy Cornell, BBO #654412
Cornell Dolan, P.C.
Ten Post Office Square, Suite 800 South
Boston, MA 02109
(617) 580-9036
tcornell@cornelldolan.com