```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

DR. SHIVA AYYADURAI,              )
    Plaintiff,                    )
                                  )
         v.                       )    C.A. No. 1:20-11889-MLW
                                  )
WILLIAM FRANCIS GALVIN,            )
MICHELLE K. TASSINARI,             )
DEBRA O'MALLEY,                    )
AMY COHEN,                         )
NATIONAL ASSOCIATION OF STATE      )
ELECTION DIRECTORS,                )
all in their individual            )
capacities, and                    )
WILIAM FRANCIS GALVIN, in his      )
official capacity as the           )
Secretary of the Commonwealth      )
of Massachusetts,                  )
    Defendants.                    )

                              ORDER

                                                    May 21, 2021

WOLF, D.J.

   For the reasons stated at the May 21, 2021, hearing, it is hereby ORDERED that:

   1. Plaintiff Shiva Ayyadurai shall, by May 27, 2021, at 12:00 noon, confer with Howard Cooper, Esq., and report whether he and Mr. Cooper have agreed that Mr. Cooper will represent him in this case. If so, a conference will be held to discuss scheduling.

   2. The Deputy Clerk shall send a copy of this Order to Mr. Cooper.

3. Twitter, Inc., defendants, and plaintiff, if he can afford them, shall order the transcripts of the May 20 and 21, 2021 hearings on an expedited basis.

_____
UNITED STATES DISTRICT JUDGE