UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br>    Plaintiff,<br><br>    v.<br><br>WILLIAM FRANCIS GALVIN,<br>MICHELLE K. TASSINARI,<br>DEBRA O'MALLEY,<br>AMY COHEN,<br>NATIONAL ASSOCIATION OF STATE<br>ELECTION DIRECTORS,<br>all in their individual<br>capacities, and<br>WILIAM FRANCIS GALVIN, in his<br>official capacity as the<br>Secretary of the Commonwealth<br>of Massachusetts,<br>    Defendants. | C.A. No. 1:20-11889-MLW |

ORDER

WOLF, D.J.                                                                                 May 21, 2021

For the reasons stated at the May 20, 2021 hearing, it is hereby ORDERED that the parties shall, by May 27, 2021, state: (1) whether they believe my disqualification is required pursuant to 28 U.S.C. §455(a) and/or (b) based on my association with Felicia Ellsworth, Esq.; and, (2) in any event whether they wish to waive any §455(a) ground for my disqualification relating to Ms. Ellsworth pursuant to §455(e). Any party that believes my recusal is required shall file a motion requesting it and memorandum in support of the motion, or request more time to do so.

                                                                 UNITED STATES DISTRICT JUDGE