UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE No. 1:20-CV-11889-MLW

| | |
|---|---|
| Dr. SHIVA AYYADURAI ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| WILLIAM FRANCIS GALVIN, ) | |
| MICHELLE K. TASSINARI, ) | |
| DEBRA O'MALLEY, ) | JURY DEMANDED |
| AMY COHEN, ) | |
| NATIONAL ASSOCIATION OF ) | |
| STATE ELECTION DIRECTORS, ) | |
| all in their individual capacities, and ) | |
| WILLIAM FRANCIS GALVIN, ) | |
| in his official capacity as Secretary ) | |
| of State for Massachusetts, ) | |
| Defendants, ) | |
| and ) | |
| TWITTER INC., proposed defendant) | |

**RESPONSE TO MAY 21, 2021 ORDER ON RECUSAL**

This Plaintiff believes that disqualification/recusal of the judge in this case is not required.

                                                                              Yours sincerely,

                                                                              /s/ Dr. Shiva Ayyadurai

Date: May 27, 2021

                                                                              **Dr. Shiva Ayyadurai**
                                                                              Plaintiff, *pro se*
                                                                              701 Concord Ave,
                                                                              Cambridge, MA 02138
                                                                              Phone: 617-631-6874
                                                                              Email: vashiva@vashiva.com

CERTIFICATE OF SERVICE

Plaintiff certifies that he served this status report upon Defendants and Twitter via their counsel via ECF.

Respectfully submitted,

/s/ Dr. Shiva Ayyadurai

Date: May 27, 2021

**Dr. Shiva Ayyadurai**
Plaintiff, *pro se*
701 Concord Ave
 Cambridge, MA 02138
Phone: 617-631-6874
Email: vashiva@vashiva.com