UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAM FRANCIS GALVIN, MICHELLE ) <br> K. TASSINARI, DEBRA O'MALLEY, AMY ) <br> COHEN, NATIONAL ASSOCIATION OF ) <br> STATE ELECTION DIRECTORS, allegedly ) <br> in their individual capacities, and WILLIAM ) <br> FRANCIS GALVIN, in his official capacity as ) <br> Secretary of State for Massachusetts. ) <br> ) <br> Defendants. ) <br> ) <br> ) | Civ. No. 20-cv-11889 |

## NOTICE OF CHANGE OF FIRM AND ADDRESS

Nolan J. Mitchell, counsel for Defendants the National Association of State Election Directors and Ms. Amy Cohen, hereby gives notice and advises the Court, counsel and Plaintiff that, effective June 2, 2021, he has changed law firms from Nelson Mullins Riley & Scarborough LLP to Quarles & Brady LLP. Mr. Mitchell's new contact information is:

> **Nolan J. Mitchell**
> **Quarles & Brady LLP**
> **1701 Pennsylvania Avenue, Suite 700**
> **Washington, D.C. 20006**
> **Telephone: (202) 780-2644**
> **Facsimile: (202) 372-9572**
> **E-mail: Nolan.Mitchell@quarles.com**

Mr. Mitchell has separately updated his firm and contact information in the Court's ECF electronic filing system.

1

Respectfully Submitted,

*/s/ Nolan J. Mitchell*
Nolan Mitchell
Quarles & Brady LLP
1701 Pennsylvania Avenue
Suite 700
Washington, D.C. 20006
Telephone:  (202) 780-2644
Facsimile:  (202) 372-9572
E-mail: Nolan.Mitchell@quarles.com

*Counsel for Defendants the National Association of State Election Directors & Ms. Amy Cohen*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2021 I electronically served the foregoing on all counsel of record using the CM/ECF system

*/s/ Nolan J. Mitchell*
Nolan Mitchell