UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
-----------------------------------------------------------
                                          )
DR. SHIVA AYYADURAI,                      )
                                          )
        PLAINTIFF,                        )   Case No. 1:20-CV-11889-MLW
                                          )
        v.                                )
                                          )
WILLIAM FRANCIS GALVIN                    )
et al.,                                   )
                                          )
        DEFENDANTS.                       )
                                          )
-----------------------------------------------------------
```

## MOTION FOR ADMISSION PRO HAC VICE

Now comes Stefan L. Jouret, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Rolf Hazlehurst as counsel for proposed amicus curiae Children's Health Defense.

As set forth in the accompanying certification, Mr. Hazlehurst certifies that (1) he is a member of the bar in good standing in every jurisdiction where he has been admitted to practice; (2) there are no disciplinary proceeding pending against him as a member of the bar in any jurisdiction, (3) he has not previously had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct, and (4) he has read and agrees to comply with the Local Rules of the United States District Court for the District of Massachusetts.

        Respectfully submitted,

        _____
        Stefan L. Jouret, BBO # 656196
        JOURET LLC
        Two Center Plaza, Ste 610
        Boston, MA 02108
        (617) 523-0133 (tel)
        (617) 507-2576 (fax)
        jouret@jouretllc.com

        Attorney for Proposed Amicus Curiae
        Children's Health Defense

Dated: June 4, 2021

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), I hereby certify that I emailed counsel for each of the above-captioned parties and pro se Plaintiff Shiva Ayyadurai a date and time for a conference call to narrow the issues in this motion. Only counsel for the Defendants Galvin, O'Malley and Tassinari responded or participated in a conference.  His clients assented to the filing of this motion.

_____
Stefan L. Jouret

## CERTIFICATE OF SERVICE

I hereby certify that this document and its attachment, filed through the ECF system, will be sent electronically to the registered participants and that it will also be sent via email to the pro se plaintiff and counsel for the above-captioned parties on June 4, 2021.

_____
Stefan L. Jouret

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------------------
)
DR. SHIVA AYYADURAI,                      )
)
    PLAINTIFF,                               )    Case No. 1:20-CV-11889-MLW
)
    v.                                              )
)
WILLIAM FRANCIS GALVIN            )
*et al.*,                                              )
)
    DEFENDANTS.                         )
)
------------------------------------------------------------

## CERTIFICATION OF ROLF HAZLEHURST IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

I, Rolf Hazlehurst, certify as follows:

1. I make this certification in support of the accompanying Motion for Admission Pro Hac Vice and have personal knowledge of the facts stated herein.

2. I am an attorney at Children's Health Defense, 1227 North Peachtree Parkway, Suite 202, Peachtree City, GA 30269.

3. I am a member in good standing of the bar of Tennessee.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have never had a pro hac vice admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I am familiar with, and agree to comply with, the local rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct, this 3rd day of June, 2021.

Respectfully submitted,

/s/ Rolf Hazlehurst
ROLF HAZLEHURST
Children's Health Defense
1227 North Peachtree Parkway, Suite 202
Peachtree City, GA 30269
(917) 743-3868
rolf.hazlehurst@childrenshealthdefense.org

Attorney for Proposed Amicus Curiae
Children's Health Defense