UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dr. SHIVA AYYADURAI,

        Plaintiff,

  v.

WILLIAM FRANCIS GALVIN,
MICHELLE K. TASSINARI,
DEBRA O'MALLEY,
AMY COHEN,
NATIONAL ASSOCIATION OF
STATE ELECTION DIRECTORS,
all in their individual capacities, and
WILLIAM FRANCIS GALVIN,
in his official capacity as the Secretary
of the Commonwealth of Massachusetts,

        Defendants,

Case No.: 1:20-cv-11889-MLW

## NOTICE OF APPEARANCE OF MAX D. STERN

Now comes Max D. Stern and enters his appearance as counsel for Plaintiff, Dr. Shiva Ayyadurai.

Respectfully submitted,

Dr. SHIVA AYYADURAI,

By his attorneys,


*/s/ Max D. Stern*
Howard M. Cooper (BBO # 543842)
hcooper@toddweld.com
Max D. Stern (BBO # 479560)
mstern@toddweld.com
Benjamin J. Wish (BBO # 672743)
bwish@toddweld.com
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626

Dated:  June 4, 2021

## CERTIFICATE OF SERVICE

I, Max D. Stern, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.


*/s/ Max D. Stern*
Dated: June 4, 2021                    Max D. Stern