UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>          Plaintiff,<br><br>    v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as the Secretary of the Commonwealth of Massachusetts and his individual capacity, MICHELLE TASSINARI, in her individual capacity, DEBRA O'MALLEY, in her individual capacity, AMY COHEN, in her individual capacity, and NATIONAL ASSOCIATION OF STATE ELECTION DIRECTORS<br><br>          Defendant. | CIVIL ACTION<br>NO. 1:20-cv-11889-MLW |

**RESPONSE TO PLAINTIFF'S JUNE 11, 2021 STATUS REPORT BY ALL CURRENT DEFENDANTS**

The current Defendants – Secretary William Francis Galvin, Michelle Tassinari, Debra O'Malley, the National Association of State Election Directors, and Amy Cohen – hereby submit this response to Plaintiff's status report of June 11, 2021. Although the Court's Order of June 1, 2021 [Docket No. 135] required Plaintiff to file a status report that set forth the "parties' respective views on any disputed issues" to be presented to the Court at the upcoming hearing on June 15, 2021, Plaintiff has refused to comply with that obligation. The report filed by Plaintiff instead misstates the Defendants' positions that were discussed during the parties' meet and confer. Although the Defendants urged Plaintiff to edit his report to reflect the Defendants' positions more accurately, Plaintiff declined to do so. Accordingly, Defendants jointly file this

response to articulate their positions on Plaintiff's proposed agenda of matters to be discussed at the June 15, 2021 hearing and to add one other item to the proposed agenda for the Court's consideration.

    1.    <u>Proposed Amended Complaint</u>.  Defendants do not oppose Plaintiff's proposal to file a motion for leave to file a new Second Amended Complaint by July 15, 2021, although Defendants reserve the right to oppose any motion to amend and to move to dismiss any new Second Amended Complaint.

    2.    <u>Jurisdictional Discovery</u>.  Defendants oppose commencing discovery on jurisdictional issues.  Defendants contend that any discovery requests that Plaintiff intends to propound at the same time he submits a new Proposed Second Amended Complaint are premature.  Defendants believe that the current motions to dismiss, including the motion to dismiss on jurisdictional grounds, should be decided without any discovery.  But if this Court permits Plaintiff to file a new Complaint, it will likely contain different claims, different parties, and different allegations, and any motions to dismiss a new Complaint will accordingly present different arguments.  Therefore, Defendants believe that discovery is premature until Plaintiff submits a new Complaint, the Court allows that new Complaint to be filed, and the Defendants move to dismiss it; at that point, the Court should reassess the need to conduct jurisdictional discovery.

    3.    <u>Resolution of Motions to Dismiss Claims on behalf of Individual Defendants in their Personal Capacities</u>.  The individual Defendants who have been sued in their personal capacities request that the Court adjudicate their motions to dismiss.  As the Court explained at the May 20, 2021 hearing, it was likely to dismiss these claims as being barred by qualified immunity, among other reasons.  Plaintiff indicated during the parties' meet and confer that he was still considering maintaining claims against the individual Defendants in a new Second

Amended Complaint. The individual Defendants encourage the Court to adjudicate their pending motions to dismiss the claims asserted against them.

        Respectfully submitted,

        Defendants,

        WILLIAM FRANCIS GALVIN, in his official and individual capacities, MICHELLE TASSINARI, in her individual capacity, and DEBRA O'MALLEY, in her individual capacity,

        By their attorneys,

        MAURA HEALEY
        ATTORNEY GENERAL

        /s/ Adam Hornstine
        Anne Sterman (BBO No. 650426)
        Adam Hornstine (BBO# 666296)
        Assistant Attorneys General
        Office of the Attorney General
        One Ashburton Place
        Boston, MA  02108
        617-963-2048
        Anne.Sterman@mass.gov
        Adam.Hornstine@mass.gov

        NATIONAL ASSOCIATION OF STATE ELECTION DIRECTORS and AMY COHEN,

        By their attorneys,

        /s/ Nolan J. Mitchell
        Nolan J. Mitchell
        Quarles & Brady LLP
        1701 Pennsylvania Avenue
        Suite 700
        Washington, D.C. 20006
        Telephone: (202) 780-2644
        Facsimile: (202) 372-9572
        E-mail: Nolan.Mitchell@quarles.com

Date: June 11, 2021

## **CERTIFICATE OF SERVICE**

I, Adam Hornstine, Assistant Attorney General, hereby certify that I have this day, June 11, 2021, served the foregoing **Report**, upon all parties, by electronically filing to all ECF registered parties.

/s/ Adam Hornstine
Adam Hornstine