UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Dr. SHIVA AYYADURAI,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM FRANCIS GALVIN,<br>MICHELLE K. TASSINARI,<br>DEBRA O'MALLEY,<br>AMY COHEN,<br>NATIONAL ASSOCIATION OF<br>STATE ELECTION DIRECTORS,<br>all in their individual capacities, and<br>WILLIAM FRANCIS GALVIN,<br>in his official capacity as the Secretary<br>of the Commonwealth of Massachusetts,<br><br>    Defendants, | Case No.: 1:20-cv-11889-MLW |

## **NOTICE OF APPEARANCE OF MARIA T. DAVIS**

Now comes Maria T. Davis and enters her appearance as counsel for Plaintiff, Dr. Shiva Ayyadurai in the above captioned matter.

Respectfully submitted,

Dr. SHIVA AYYADURAI,

By his attorneys,

*/s/ Maria T. Davis*
Howard M. Cooper (BBO # 543842)
hcooper@toddweld.com
Max D. Stern (BBO # 479560)
mstern@toddweld.com
Benjamin J. Wish (BBO # 672743)
bwish@toddweld.com
Maria T. Davis (BBO# 675447)
mdavis@toddweld.com
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626

Dated: July 8, 2021

## CERTIFICATE OF SERVICE

I, Maria T. Davis, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 8, 2021

*/s/ Maria T. Davis*
Maria T. Davis