UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>    Plaintiff,<br><br>    v.<br><br>WILLIAM FRANCIS GALVIN,<br>MICHELLE K. TASSINARI,<br>DEBRA O'MALLEY,<br>AMY COHEN,<br>NATIONAL ASSOCIATION OF<br>STATE ELECTION DIRECTORS,<br>all in their individual capacities, and<br>WILLIAM FRANCIS GALVIN,<br>in his official capacity as the Secretary<br>of the Commonwealth of Massachusetts,<br><br>    Defendants, | Case No.: 1:20-cv-11889-MLW |

## TODD & WELD LLP'S ASSENTED-TO MOTION
## TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Pursuant to Local Rule 83.5.2(c), Howard M. Cooper, Max D. Stern, Benjamin J. Wish, and Maria T. Davis and the law firm of Todd & Weld LLP (together "Todd & Weld"), respectfully move to withdraw as counsel for Plaintiff Dr. Shiva Ayyadurai ("Dr. Shiva") in the above-captioned matter. As grounds for this request, undersigned counsel state that Dr. Shiva has terminated counsel's representation of him effective as of July 13, 2021. Todd & Weld understands and believes that Dr. Shiva will be proceeding on a *pro se* basis in this matter although he may engage counsel at some point in the future. A copy of this motion has been provided to Dr. Shiva and he has given his permission for it to be filed. Counsel has advised

counsel for Defendants and Twitter of this motion. The Defendants have assented to the motion and Twitter has taken no position.

WHEREFORE, Todd & Weld respectfully requests that the Court grant leave for counsel to file their notices of withdrawal as counsel for Dr. Shiva.

                                                          Respectfully submitted,
Dr. SHIVA AYYADURAI,

By his attorneys,

*/s/ Benjamin J. Wish*
Howard M. Cooper (BBO # 543842)
hcooper@toddweld.com
Max D. Stern (BBO # 479560)
mstern@toddweld.com
Benjamin J. Wish (BBO # 672743)
bwish@toddweld.com
Maria T. Davis (BBO# 675447)
mdavis@toddweld.com
TODD & WELD LLP
One Federal Street, 27th Floor
Boston, MA 02110
(617) 720-2626

Dated: July 14, 2021

## CERTIFICATE OF SERVICE

I, Benjamin J. Wish, hereby certify that this document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: July 14, 2021

                                                          */s/ Benjamin J. Wish*
                                                          Benjamin J. Wish