UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DR. SHIVA AYYADURAI ) | | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| WILLIAM FRANCIS GALVIN, ) | | CASE No. 1:20-CV-11889-MLW |
| MICHELLE K. TASSINARI, ) | | |
| DEBRA O'MALLEY, ) | | |
| AMY COHEN, ) | | |
| NATIONAL ASSOCIATION OF ) | | |
| STATE ELECTION DIRECTORS, ) | | |
| TWITTER, INC., ) | | |
| all in their individual capacities, and ) | | |
| WILLIAM FRANCIS GALVIN, ) | | |
| in his official capacity as Secretary ) | | |
| of State for Massachusetts, ) | | |
| Defendants. ) | | |

## NOTICE OF APPEARANCE OF TIMOTHY CORNELL ON BEHALF OF PLAINTIFF DR. SHIVA AYYADURAI

Please take notice that Timothy Cornell has entered an appearance on behalf of Plaintiff Dr. Shiva Ayyadurai in the above-captioned matter. Kindly serve all further pleadings, notice, documents, or other papers in this matter by serving the undersigned attorney.

/s/ Timothy Cornell
Timothy Cornell BBO 654412
Cornell Dolan, P.C.
Ten Post Office Square, Suite 800 South
Boston, MA 02109
tcornell@cornelldolan.com
(617) 850-9036
(603) 277-0838 (c.)
(617) 850-9038 (fax)
www.cornelldolan.com