UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE No. 1:20-CV-11889-MLW

| | |
|---|---|
| Dr. SHIVA AYYADURAI )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WILLIAM FRANCIS GALVIN, )<br>MICHELLE K. TASSINARI, )<br>DEBRA O'MALLEY, )<br>AMY COHEN, )<br>NATIONAL ASSOCIATION OF )<br>STATE ELECTION DIRECTORS, )<br>TWITTER, INC., )<br>all in their individual capacities, and )<br>WILLIAM FRANCIS GALVIN, )<br>in his official capacity as Secretary )<br>of State for Massachusetts, )<br>    Defendants. ) | JURY DEMANDED |

In response to the Court's Order of June 16, 2021, Dkt. 149 - that the Plaintiff shall file a description of the discovery he will seek if he amends the Complaint and the Amended Complaint is not dismissed - and subject to alteration upon further exposure of facts, the Plaintiff describes the sought discovery as follows:

- All documents concerning:
    - the Plaintiff;
    - the drafts of the "Playbooks"
    - the drafts of the Long Fuse Report;
    - the Trusted Twitter Partnership;
    - communication between the Massachusetts Defendants and Twitter;
    - "election disinformation".

- o   All documents concerning the Partnership

- o   Communications between Tassinari, Cohen and Charles Stewart

/s/ Timothy Cornell
Timothy Cornell BBO 654412
Cornell Dolan, P.C.
Ten Post Office Square, Suite 800 South
Boston, MA 02109
tcornell@cornelldolan.com
(617) 850-9036
(603) 277-0838 (c.)
(617) 850-9038 (fax)
www.cornelldolan.com