





1986 Building Solidarity Among Workers & Students from MIT to South Africa

THANK ALL SUPPORTERS

PAGE 10   The Tech   TUESDAY, APRIL 1, 1986

We are a proud part of the MIT Coalition Against Apartheid. We pledge our continued support for complete divestiture, increased minority enrollment and greater financial aid. We firmly believe that justice for Local 26 members cannot be seperated from the struggles for justice of working men and women everywhere. We have and will continue to be on the frontlines of the Free South Africa Movement.

MIT FOOD SERVICE WORKERS. Shiva Ayyadurai '86 from the MIT Coalition Against Apartheid (front) congratulates Tatiana Mazur, a thirty year Food Service Worker.



2013
Speaking Out for More Women in Science at Sages & Scientists Symposium



2007
Protesting Against US
Involvement in the Iraq War



# nature
International weekly journal of science

| nature news home | news archive | specials | opinion | features | news blog | natu |

Published online 9 November 2009 | *Nature* **462**, 152 (2009) |
doi:10.1038/462152a

News

# Report row ousts top Indian scientist

**Ruckus over call for reform at national science agency raises questions about attracting expatriate talent.**

K. S. Jayaraman

**Bangalore**

The first appointment in a scheme to recruit expatriate scientists to senior positions in the Council of Scientific and Industrial Research (CSIR) — India's largest science agency — seems to have misfired badly.

A US scientist of Indian origin has been dismissed just five months after he was offered the position of 'outstanding scientist' and tasked with helping to commercialize technologies developed at CSIR institutes.

Shiva Ayyadurai says he returned to India on a "mission" to help his homeland.

*D. Coveney/MIT*

**comments** on this story

Stories by subject

Lab life
Developing world

Stories by keywords

India
expatriate
Council of Scientific and Industrial Research
row
report

This article elsewhere

**Blogs linking to this article**

Add to Digg
Add to Facebook
Add to Newsvine



