# EXHIBIT B

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva
Dr.SHIVA LIVE: Election Fraud is occurring in Third-World Massachusetts. At least we STILL have the 2nd Amendment.
19:41 | 39.5K viewers
Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email @va_shiva
Dr.SHIVA LIVE: Election Fraud is occurring in Third-World Massachusetts. At least we STILL have the 2nd Amendment.
pscp.tv
10:28 PM · Sep 1, 2020 · Periscope

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva
At least 100,000 mail-in ballots for #Shiva4Senate were destroyed in the Massachusetts US Senate elections.
My attorneys are preparing a lawsuit.
Please click & fill the form below if you voted for me in the Primary.
YES! I VOTED FOR DR.SHIVA
Dr.SHIVA
M.I.T. PhD U.S. SENATE
I Voted for Dr.SHIVA in the 2020 Republican Primary | Shiva For Senate in ...
I, the undersigned, under the penalties of perjury, hereby state and declare that I voted for Dr.SHIVA Ayyadurai in the 2020 Republican Primary in ...
shiva4senate.com
1:04 PM · Sep 2, 2020 · Twitter for iPhone







Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva
Our movement #TruthFreedomHealth NOW ESCALATES to a full-blown REVOLUTION to destroy the Establishment.
Electorally, we move to a WRITE IN campaign for #Shiva4Senate in November 3rd General Elections.
The stole our Victory. Not one inch. Build the Revolution! More to come.
1:09 PM · Sep 2, 2020 · Twitter for iPhone

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva
The #DeepState has created a voting system DESIGNED to invoke FRAUD to achieve ANY ELECTORAL outcome - on command.
This design is at the software level in nearly every voting machine.
This reality is beyond disturbing.
11:09 PM · Sep 3, 2020 · Twitter for iPhone

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email @... · Sep 3
The #DeepState has created a voting system DESIGNED to invoke FRAUD to achieve ANY ELECTORAL outcome - on command.
This design is at the software level in nearly every voting machine.
This reality is beyond disturbing.
109 998 1.8K
Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email @... · Sep 3
There's a REASON there's no voter ID and you don't receive any receipt of your actual vote - perfect recipe for total fraud.
34 288 735

109 998 1.8K

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva

Replying to @va_shiva

There's a REASON there's no voter ID and you don't receive any receipt of your actual vote - perfect recipe for total fraud.

11:39 PM · Sep 3, 2020 · Twitter for iPhone

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva

Dear @TheJusticeDept,
In science, anomalous observations are THE most intriguing leading to big discoveries. On 9/1/20, in MA US Senate Primary, tens of thousands observed a GROSS anomaly. My investigation - grounded in 40+ years of training in math & software engineering leads

6:45 AM · Sep 4, 2020 · Twitter for iPhone

View Tweet activity

179 Retweets 6 Quote Tweets 428 Likes

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email @... · Sep 4
Replying to @va_shiva
to an unequivocal & unfortunate result - Systemic #ElectionFraud embedded in voting systems invokable at will to manipulate ANY election.

Until this is addressed, everything we aspire & cherish as Americans is an absolute illusion & the American working people ARE indeed slaves.

26 153 401

What would you say if I told you that your ONE vote was not ONE vote?

That your 1 vote could be multiplied by a weight - a factor - say 0.5 or 1.5 - to become a 1/2 vote or 1 1/2 votes?

Impossible?

All modern voting systems allow for such a feature.

Why?

9:07 PM · Sep 4, 2020 · Twitter for iPhone

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva

When YOU see the REALITY of how ANY election can be manipulated in seconds, YOU'll realize how THEY can make ANY doofus a "winner." This is what happened on SEPT 1, US SENATE MA Primary. I've been programming all my life - video explanation coming!

#Shiva4Senate Nov. 3 WRITE IN!

10:10 PM · Sep 5, 2020 · Twitter for iPhone

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva
BREAKING: Massachusetts
"It has been determined more than 3,000 ballots have not been counted in Franklin after more boxes of ballots are found." -Milford Daily News
UPDATED: It has been determined more than 3,000 ballots have not been ...
The missing votes will be the deciding factor for the Norfolk County sheriff primary and the Democratic nominee for the 4th Congressional District.
milforddailynews.com
5:47 AM · Sep 6, 2020 · Twitter for iPhone

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva
What is "evidence?"
An accurate definition of EVIDENCE is: Unambiguous Prediction.
The stuff coming out of American voting machines predicting an outcome - unless inputs are verifiable & processing CAN't be manipulated - is NOT EVIDENCE.
PERIOD.
The real awakening cometh.
6:11 AM · Sep 6, 2020 · Twitter for iPhone

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva

Voting is the most important element of a Democracy. The integrity of Voting demands the output from that Voting process is EVIDENCE of reality. When ALL Americans realize such EVIDENCE is NOT EVIDENCE, we will HAVE a necessary and well-deserved REVOLUTION, Beyond Left & Right!

1:04 PM · Sep 6, 2020 · Twitter Web App

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva

The Establishment is ONE. #DeepState no longer hides its crimes. They do it openly - #ElectionFraud or #ForcedVaccinations.

They bank on your apathy.

BUT, the movement for #TruthFreedomHealth has inspired you to act. THAT is THEIR biggest fear.

VOTE #Shiva4Senate Nov. 3

8:58 AM · Sep 8, 2020 · Twitter for iPhone

**Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email**
@va_shiva

Dr.SHIVA LIVE: Election Fraud MA 2020: The Big Picture – Part 1

**Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email** @va_shiva
Dr.SHIVA LIVE: Election Fraud MA 2020: The Big Picture – Part 1
pscp.tv

9:14 PM · Sep 8, 2020 · Periscope

**Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email**
@va_shiva

Dr.SHIVA LIVE: #ElectionFraud in MA 2020. The Software Mechanics of Fraud - Part II

**Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email** @va_shiva
Dr.SHIVA LIVE: #ElectionFraud in MA 2020. The Software Mechanics of Fraud - Part II
pscp.tv

9:15 PM · Sep 9, 2020 · Periscope

**Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email**
@va_shiva

Dr.SHIVA LIVE: #ElectionFraud MA 2020: American Slaves - Part III

**Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email** @va_shiva
Dr.SHIVA LIVE: #ElectionFraud MA 2020: American Slaves - Part III
pscp.tv

9:20 PM · Sep 10, 2020 · Periscope

**Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email**
@va_shiva

Why did Verizon rep at store say, "both your iPhones hacked," "never seen this error before," & then said, "I can't help you."

Coincidence - both iPhones Verizon cellular service stopped working, among other things, after I began speaking up about #ElectionFraud?

BlackBerry?

2:06 PM · Sep 11, 2020 · Twitter for iPhone

**Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email**
@va_shiva

Why did Verizon rep at store say, "both your iPhones hacked," "never seen this error before," & then said, "I can't help you."

Coincidence - both iPhones Verizon cellular service stopped working, among other things, after I began speaking up about #ElectionFraud?

BlackBerry?

2:06 PM · Sep 11, 2020 · Twitter for iPhone

**Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email**
@va_shiva

Appears that #ElectionFraud and #ForcedVaccinations are TWO keywords @Twitter, @Facebook and @YouTube love to shadow ban and censor. Perhaps why my follower count has been throttled at 259k to 260k for past 5 months.

11:50 AM · Sep 11, 2020 · Twitter for iPhone

**Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email**
@va_shiva

BREAKING: Franklin,MA Town Clerk resigns over missing & now uncounted 3K MAIL-IN ballots!!

Poor woman - "fall guy" for MA 2020 Primary #ElectionFraud engineered by Baker & Galvin to keep out #Shiva4Senate from destroying Dem Markey!

Tip of iceberg!

**Town clerk resigns after mail-in ballots for Massachusetts primary go unco...**
A town clerk in Massachusetts has submitted her resignation after thousands of mail-in ballots received for the Sept. 1 primary went ...
masslive.com

12:13 AM · Sep 13, 2020 · Twitter for iPhone

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva

People of MA are putting handmade signs like these across the state. They're pissed at the blatant #ElectionFraud that took place to deny #Shiva4Senate's landslide victory over a designated loser - a doofus - who never campaigned, had ZERO volunteers, no organization, no support!

5:36 PM · Sep 14, 2020 · Twitter for iPhone

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva

On Sept. 1, #DeepState of MA SWAMP unleashed blatant #ElectionFraud to steal a landslide victory from #Shiva4Senate.

THEIR ACTIONS now force our movement for #TruthFreedomHealth to escalate to a WRITE IN campaign to expose THEIR long history of thievery.

#StopElectionFraud

4:57 PM · Sep 20, 2020 · Twitter for iPhone

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva
Replying to @va_shiva
Dr.SHIVA Rally for US Senate
Working People Unite!
Beyond Left & Right
#NoMasks
#NoForcedVaccinations
#NoLockDowns
#ReopenSchools
#StopElectionFraud
#SaveLocalFarms
#ParentalRights
#FixTrainsRoadsBridges
#NoGasTax
BOSTON COMMON
SAT. October 3. 12 Noon - 2:00 PM
Truth Freedom Health
Paid for by Shiva 4 Senate
Dr.SHIVA Rally for US Senate #Shiva4Senate. Working People Unite!
Dr.SHIVA Rally for US Senate #Shiva4Senate. Working People Unite! Beyond Left & Right.
eventbrite.com
6:59 PM · Sep 22, 2020 · Twitter for iPhone

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva
Dr.SHIVA LIVE INTERVIEW: Third-World Massachusetts Destroys Over 1 Million Ballots
SHIVA
23:52 7.4K viewers
Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email @va_shiva
Dr.SHIVA LIVE INTERVIEW: Third-World Massachusetts Destroys Over 1 Million Ballots
pscp.tv
9:35 PM · Sep 24, 2020 · Periscope

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email ... · Sep 24
BREAKING:
Massachusetts Destroys Over 1 MILLION Ballots in US SENATE PRIMARY RACE committing #ElectionFraud. MA Elections Attorney confirms to #Shiva4Senate ballot images - used for counting votes - that MUST be saved by FEDERAL LAW for 22 months are nowhere to be found!
156 2.5K 3K
Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email ... · Sep 24
"[A]ppropriate state or local authority MUST PRESERVE ALL RECORDS to detection & prosecution of election crimes for 22-month federal retention period, if records were generated in connection w election that was held in whole or in part to select federal candidates."
-USC Title 42
22 410 699

Dr.SHIVA Ayyadur... · Sep 24

Pushing #Vaccines - MANDATED one-size-fits-all Medicine - is a very profitable market opportunity - growing at 17.9% per year since 2011. During this same period #BigPharma has been bleeding money on the drug front. #BigPharma NEEDS #ForcedVaccinations.

11 214 260

Dr.SHIVA Ayyadur... · Sep 25

Dear @TheJusticeDept

Massachusetts SWAMP is violating Federal Law. They have a long history of DESTROYING BALLOTS - the ballot images used for counting votes from electronic machines. Those ballot images are to be saved for 22 months by Federal Law.

Lock up #CharlieBaker.

17 258 417

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva
Thank you @realDonaldTrump for hitting hard RINO #CharlieBaker & his goons at MASS GOP who did MASSIVE #ElectionFraud to STEAL #Shiva4Senate's landslide victory for the American Worker to keep THEIR Democrat globalist FRIEND @EdMarkey in power.
Not ONE INCH to #ElectionFraud!
Donald J. Trump @realDonaldTrump · Sep 25
RINO Governor Charlie Baker of Massachusetts is unsuccessfully trying to defend Mail In Ballots, when there is fraud being found all over the place. Just look at some of the recent races, or the Trump Ballots in Pennsylvania that were thrown into the garbage. Wrong Charlie!
Learn how voting by mail is safe and secure
10:52 AM · Sep 25, 2020 · Twitter Web App

**Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email**
@va_shiva

Just received a call from the @AP concerning #ElectionFraud in the Massachusetts U.S. Senate Primary Elections. I asked her to put her questions in writing. Here are my answers. I share this for full transparency.

Question/Answer 1

> On Sep 25, 2020, at 5:15 PM, Joffe-Block, Jude <JJoffe-Block@ap.org> wrote:
>
> What is your basis for saying the state has destroyed more than one million ballots? (Election officials say these ballots are preserved under seal).

Let's be clear when electronic equipment is used, the tally - count of vote - is performed on Athens ballot image. Pursuant to chain of custody, the ballot image IS the ballot, and destroying these ballots is illegal by Federal Law.

6:07 PM · Sep 25, 2020 · Twitter for iPhone

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva
Attorney General of MA says "Good day" to #ElectionFraud when ambushed by Dr.SHIVA & Working People of Massachusetts.
WRITE IN by or on NOV 3
Dr.SHIVA
U.S. SENATE
$5
Donate
Home
Meet Dr.SHIVA
Issues
Vote
Store
Events
Volunteer
Videos
Take Action
10:03
10.2K viewers
Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email @va_shiva
Attorney General of MA says "Good day" to #ElectionFraud when ambushed by Dr.SHIVA & Working People of Massachusetts.
pscp.tv
4:30 PM · Sep 25, 2020 · Periscope

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Email
@va_shiva
IProtest #ElectionFraud and stealing of a US Senate Federal Election by the Massachusetts SWAMP.
TODAY - 12.30PM. Secretary of State Office.
1 Ashburton Place, Boston, MA.
Just the beginning.
WRITE IN #Shiva4Senate on or by November 3rd.
Victory for #TruthFreedomHealth
11:42 AM · Sep 25, 2020 · Twitter Web App

Dr.SHIVA Ayyadurai, MIT PhD. Inventor of Em...
@va_shiva

Dear Maura @MassAGO,
Let me REMIND you of your role as Attorney General of MA [from YOUR website):

"[A]dvocate for the PEOPLE of MA... COMBATTING FRAUD & CORRUPTION ...."

In our recent interaction, you showed ZERO concern for the DESTRUCTION of Ballots - e.g. #ElectionFraud -

About the Attorney General's Office

The Massachusetts Attorney General's Office is an advocate and resource for the people of Massachusetts in many ways, including protecting consumers, combating fraud and corruption, investigating and prosecuting crime, and protecting the environment, workers, and civil rights.

Maura Healey

6:57 AM · Sep 26, 2020 · Twitter for iPhone

Dr.SHIVA Ayyadur... · Sep 26
Too little too late.
Jade @jadescipioni · Sep 26
Dr. Fauci says to take vitamin D if you're deficient — here's how to know cnb.cx/3mXbxzE
97
443
1.2K

Dr.SHIVA Ayyadur... · Sep 24
Pushing #Vaccines - MANDATED one-size-fits-all Medicine - is a very profitable market opportunity - growing at 17.9% per year since 2011. During this same period #BigPharma has been bleeding money on the drug front. #BigPharma NEEDS #ForcedVaccinations.
Global Vaccines Market size in BS forecast 2011-12 World Health Organization
Veternary Vaccines
Human Vaccines
17.9% CAGR Rate
WHO Expected
11
214
260