UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DR. SHIVA AYYADURAI,<br>    Plaintiff,<br><br>            v.<br><br>WILLIAM FRANCIS GALVIN,<br>MICHELLE K. TASSINARI,<br>DEBRA O'MALLEY,<br>AMY COHEN,<br>NATIONAL ASSOCIATION OF STATE<br>ELECTION DIRECTORS,<br>all in their individual<br>capacities, and<br>WILIAM FRANCIS GALVIN, in his<br>official capacity as the<br>Secretary of the Commonwealth<br>of Massachusetts,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 1:20-11889-MLW |

MEMORANDUM AND ORDER

WOLF, D.J.                                                    August 3, 2021

     In an ex parte affidavit filed under seal (Docket No. 169),

plaintiff's counsel Timothy Cornell reported that plaintiff's

Memorandum of Law (Docket No. 166) was "written by a law firm in

California that did not put its name on the memorandum."

     Accordingly, it is hereby ORDERED that:

     1.   Plaintiff shall, by 9:00 a.m. on August 4, 2021, file an

affidavit identifying the author(s) of the Memorandum of Law

(Docket No. 166).

     2.   The author(s) of the Memorandum of Law, who have been

acting in concert with plaintiff, shall attend the August 4, 2021

hearing by videoconference, and be prepared to testify, if

necessary, concerning whether the author(s)' conduct violated Federal Rule of Civil Procedure 11(b).  See, e.g., Barnett v. LeMaster, 12 Fed. Appx. 774, 778-79 (10th Cir. 2001); Johnson v. Bd. of County Comm'rs., 868 F. Supp. 1226, 1231-32 (D. Colo. 1994).

3.   Plaintiff shall serve this Order on the author(s) of the Memorandum of Law forthwith.

UNITED STATES DISTRICT JUDGE