UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE No. 1:20-CV-11889-MLW

| | |
|---|---|
| Dr. SHIVA AYYADURAI )<br>　　　Plaintiff, )<br>　　　 )<br>　v. )<br>　　　 )<br>WILLIAM FRANCIS GALVIN, )<br>MICHELLE K. TASSINARI, )<br>DEBRA O'MALLEY, )<br>AMY COHEN, )<br>NATIONAL ASSOCIATION OF )<br>STATE ELECTION DIRECTORS, )<br>TWITTER INC. )<br>all in their individual capacities, and )<br>WILLIAM FRANCIS GALVIN, )<br>in his official capacity as Secretary )<br>of State for Massachusetts, )<br>　　　Defendants. ) | JURY DEMANDED |

**AFFIDAVIT IN RESPONSE TO COURT'S AUGUST 3, 2021 ORDER**

I, Dr. Shiva Ayyadurai, under the pains and penalties of perjury hereby declare that I am the sole author of the Memorandum of Law dated July 22, 2021. I had others review it. Attorney Cornell had entered the case, while on vacation, and was filing papers on short notice, and misunderstood this fact. In addition, I have included a second Affidavit providing background to the memorandum of law and the revised amended complaint.

　Respectfully submitted under the pains and penalties of perjury,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Dr. Shiva Ayyadurai
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　**Dr. Shiva Ayyadurai**
Date: August 3, 2021　　　　　　　　　　　　701 Concord Ave.
　　　　　　　　　　　　　　　　　　　　　　　Cambridge, MA 02138
　　　　　　　　　　　　　　　　　　　　　　　Phone: 617-631-6874
　　　　　　　　　　　　　　　　　　　　　　　Email: vashiva@vashiva.com