UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br>    Plaintiff,<br><br>    v.<br><br>WILLIAM FRANCIS GALVIN,<br>MICHELLE K. TASSINARI,<br>DEBRA O'MALLEY,<br>AMY COHEN,<br>NATIONAL ASSOCIATION OF STATE<br>ELECTION DIRECTORS,<br>all in their individual<br>capacities, and<br>WILIAM FRANCIS GALVIN, in his<br>official capacity as the<br>Secretary of the Commonwealth<br>of Massachusetts,<br>    Defendants. | C.A. No. 1:20-11889-MLW |

MEMORANDUM AND ORDER

WOLF, D.J.                                                August 4, 2021

The court has received plaintiff Shiva Ayyadurai's August 3, 2021 affidavit (Dkt. No. 181) in response to the August 3, 2021 Order (Dkt. No. 178). In it he contradicts his attorney Timothy Cornell's sworn statement that the Memorandum of Law filed on July 22, 2021 (Dkt. No. 166) "was written by a law firm in California that did not put its name on the memorandum." Dkt. No. 169, ¶5, Ex Parte and under seal. In his August 3, 2021 affidavit, plaintiff states that: he was "the sole author of the Memorandum of Law dated July 22, 2021. I had others review it. Attorney Cornell ... misunderstood this fact." Dkt. No. 181.

In view of the foregoing, it is hereby ORDERED that:

1. By 11:30 a.m. on August 4, 2021, plaintiff shall file an affidavit identifying the "others" who reviewed the July 22, 2021 Memorandum of Law; and

2. Cause those "others" to attend the 2:00 p.m. August 4, 2021 hearing by videoconference, and to be prepared to testify if necessary.

　　　　　　　　　　　　　　　　　／s／ Mark L. Wolf
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE