UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>      Plaintiff,<br><br>      v.<br><br>WILLIAM FRANCIS GALVIN,<br>MICHELLE K. TASSINARI,<br>DEBRA O'MALLEY,<br>AMY COHEN,<br>NATIONAL ASSOCIATION OF<br>STATE ELECTION DIRECTORS,<br>all in their individual capacities, and<br>WILLIAM FRANCIS GALVIN,<br>in his official capacity as the Secretary<br>of the Commonwealth of Massachusetts,<br><br>      Defendants. | Case No.: 1:20-cv-11889-MLW |

**AFFIDAVIT IN RESPONSE TO COURT'S AUGUST 4, 2021 ORDER**

I, Dr. Shiva Ayyadurai, over 18 and competent to testify, and under the pains and penalties of perjury, hereby declare that I am the sole author of the Memorandum of Law. Michelle Jeffalone, Dilan Esper, John Medlar reviewed and provided feedback. The specifics of any communication that I may have had with any attorneys are protected by the attorney-client privilege.

Respectfully submitted under the pains and penalties of perjury,

/s/ Dr. Shiva Ayyadurai
**Dr. Shiva Ayyadurai**
Date: August 4, 2021 701 Concord Ave.
Cambridge, MA 02138
Phone: 617-631-6874
Email: vashiva@vashiva.com