UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>            Plaintiff,<br><br>v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as the Secretary of the Commonwealth of Massachusetts and his individual capacity, MICHELLE TASSINARI, in her individual capacity, DEBRA O'MALLEY, in her individual capacity, AMY COHEN, in her individual capacity, and NATIONAL ASSOCIATION OF STATE ELECTION DIRECTORS,<br><br>            Defendants. | Civil Action No. 1:20-cv-11889-MLW |

**ASSENTED TO MOTION TO ADMIT ATTORNEY *PRO HAC VICE***

Pursuant to Local Rule 83.5.3(b), I, M. Patrick Moore, Jr., a member in good standing of the bar of this Court, move for the admission of Jonathan L. Williams, Pro Hac Vice, on behalf of States United Democracy Center, participating in this case as amicus curiae. The declaration of Jonathan L. Williams is attached as Exhibit A, in which he states that: 1) he is a member in good standing in every jurisdiction in which he is admitted to practice; 2) there are no disciplinary complaints or proceedings pending against him as a member of the bar in any jurisdiction; 3) he has not previously had a pro hac vice admission to this court (or other admission for a limited purpose under Local Rule 83.5.3(b)) revoked for misconduct; and 4) he has read and agrees to comply with the Local Rules of this Court.

Respectfully submitted,

*Amicus Curiae* States United Democracy Center

By its attorneys,

*/s/ M. Patrick Moore*
M. Patrick Moore Jr.
HEMENWAY & BARNES LLP
75 State Street
Boston, MA 02109
Local Counsel for *Amicus Curiae*
(617) 557-9705
pmoore@hembar.com


Jonathan L. Williams
Jonathan L. Williams, P.A.
*Pro hac vice pending*
113 South Monroe Street, First Floor
Tallahassee, FL 32301
Counsel for *Amicus Curiae*
(850) 706-0940
jw@jonathanwilliamslaw.com

Dated: August 5, 2021


## CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)(2)

Counsel for Plaintiff and all defendants have assented to this motion by email on August 5, 2021.

*/s/ M. Patrick Moore*
M. Patrick Moore Jr.

## CERTIFICATRE OF SERVICE

I certify that on August 5, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants. Any other counsel of record will receive the foregoing vial e-mail in .pdf format.

*/s/ M. Patrick Moore*
M. Patrick Moore Jr.
