UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>                    Plaintiff,<br><br>              v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as the Secretary of the Commonwealth of Massachusetts and his individual capacity, MICHELLE TASSINARI, in her individual capacity, DEBRA O'MALLEY, in her individual capacity, AMY COHEN, in her individual capacity, and NATIONAL ASSOCIATION OF STATE ELECTION DIRECTORS<br><br>                    Defendant. | CIVIL ACTION<br>NO. 1:20-cv-11889-MLW |

**RESPONSE TO AUGUST 5, 2021 ORDER CONCERNING SUPPLEMENTING RECORD REGARDING SANCTIONS**

Pursuant to the Court's order of August 5, 2021, Secretary William Francis Galvin, Michelle Tassinari, and Debra O'Malley hereby notify the Court that they do not intend to submit communications received by the Secretary's office and its employees to supplement the record regarding sanctions.

                                          Respectfully submitted,

                                          Defendants,

                                          WILLIAM FRANCIS GALVIN, in his official and individual capacities, MICHELLE TASSINARI, in her individual capacity, and DEBRA O'MALLEY, in her individual capacity,

                                          By their attorneys,

                        MAURA HEALEY
                        ATTORNEY GENERAL

                        /s/ Adam Hornstine
                        Anne Sterman (BBO No. 650426)
                        Adam Hornstine (BBO# 666296)
                        Assistant Attorneys General
                        Office of the Attorney General
                        One Ashburton Place
                        Boston, MA  02108
                        617-963-2048
                        Anne.Sterman@mass.gov
                        Adam.Hornstine@mass.gov

Date: August 6, 2021

## CERTIFICATE OF SERVICE

     I, Adam Hornstine, Assistant Attorney General, hereby certify that I have this day, August 6, 2021, served the foregoing **Response**, upon all parties, by electronically filing to all ECF registered parties.

                        /s/ Adam Hornstine
                        Adam Hornstine