# EXHIBIT 1

**info@nased.org**

| | |
|---|---|
| From: | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| Sent: | Wednesday, November 11, 2020 2:56 AM |
| To: | info@nased.org |
| Subject: | CUT THE CORRUPTION OUT AMERICA IS SICK OF IT |

**You people need to watch this video and get rid of the corruption in the election process in America. People are sick of it.**

**https://www.youtube.com/watch?v=Ztu5Y5obWPk&feature=youtu.be&fbclid=IwAR1tzZNwxaPgYl-7DxXGc1Ln_vSGZua-OYGl4Vk6yDICdS72ij1d4k8E4FM**

Sent from Mail for Windows 10

1

## info@nased.org

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, December 10, 2020 2:38 PM |
| **To:** | info@nased.org |
| **Subject:** | Election disgrace |

Your lack of action with security on Illegal votes is disgusting. You should go hang yourself with chains. The CIA, DOJ, FBI are all a sewer.

Sent from my iPhone

1

# info@nased.org

**From:**
**Sent:** Tuesday, December 29, 2020 6:08 PM
**To:** info@nased.org
**Subject:** Fraud

I hope and pray that all of you involved in the theft of the American people's vote in this election are brought up on charges. If nobody goes to prison or is hangged for this, this country is doomed.

# info@nased.org

| | |
|---|---|
| **From:** | |
| **Sent:** | Thursday, January 21, 2021 10:03 PM |
| **To:** | info@nased.org |
| **Subject:** | BIDEN is president |

You have got to be shitting me!  That election was a fraud, a fake, a fix, stolen.  BIDEN couldn't win dispatcher.  Y'all need to be in prison.  This will not stand, you BASTARDS.  Not in this Republic.  Stop shitting on the Constitution.

Respectfully submitted

1

# info@nased.org

| | |
|---|---|
| **From:** | ███████████ |
| **Sent:** | Thursday, July 29, 2021 5:27 PM |
| **To:** | info@nased.org; media@nased.org |
| **Subject:** | Audit Every State Or Face The Wrath Of The people. |

Hey socialist election directors assholes,

You are involved in what appears to be massive fraud. You worked with Twitter? To do what? You mother fuckers need a lesson taught to you. Gets the audits done or the people will take matters into their own hands and expose your treasonous bullshit from 2020. Then you'd better have a fast horse.