# EXHIBIT 2



7:52

Tweet



**Dr.SHIVA Ayyadurai, MIT PhD. Inve...** ✓
@va_shiva

Zuckerberg gave $50M to Ctr for Election Innovation & Rsrch (CEIR) that centralized tabulation making vote flipping easier. Such centralization was "innovated" by Becker & Cohen. Cohen is a Defendant in my FIRST IN U.S. #OnePersonOneVote lawsuit that exposes computer algorithms.

10:52 AM · 12/19/20 · Twitter Web App

**2,956** Retweets and comments   **6,967** Likes



**No WISDOM no courage Suprem...** · 8h ⌄
Replying to @va_shiva

Strange that people dont delete their FB profile an mass

♡ 5    ⟲    ♡ 14



**Templário** @MauroMiksche · 3h

Tweet your reply

Tweet

**Mike Lindell** ✓
@realMikeLindell

I knew "Suckabuck" played about in the corrupt machines!

> **Dr.SHIVA Ayyadurai, MIT PhD. Inv...** ✓ · 4d
> Zuckerberg gave $50M to Ctr for Election Innovation & Rsrch (CEIR) that centralized tabulation making vote flipping easier. Such centralization was "innovated" by Becker & Cohen. Cohen is a Defendant in my FIRST IN...

8:06 PM · 12/23/20 · Twitter for iPhone

**319** Retweets and comments   **1,019** Likes

---

**Christian News 360°** 🙏 🇺🇸 @F... · 25m
Replying to @realMikeLindell
WARNING ⚠️

@senatemajldr, @SenTedCruz & @LindseyGrahamSC you better stand up and reject the electors with the @GOP House or this will be your #LAST #TERM.

Tweet your reply



### Comments



**Richard Upyurass**

It is time to figure out who is involved with all the election fraud and give them a choice. Tell who paid and put you up to it or be convicted of sedition and face a firing squad.

1 week ago · 👍 4



**Norma Wong**

I hope Rudy Giuliani Mike Lindell, Sydney Powell, Michael Flynn and Patrick Berny hear about this case. I think they would be great to get this information out to the Patriots.

1 week ago · 👍 10   💬 4

**SHOW MORE REPLIES**





**Comments**

**Wbharrington**
Wouldn't the communications between govt officials and Twitter be subject to FOIA requests?
1 week ago • 1

**Renee Nielson**
In the hearing there's falsified evidence from the state elections director so yes, there should be. In reality, who knows if FOIA requests would show the Trusted Twitter Partnership or Amy Cohens acts or to what degree.
1 week ago •

**Mary Carmel**
God bless you Dr. Shiva ! I will send $ for your case to go all the way ASAP . We are mostly





🔒 thegatewaypundit.com

# GATEWAY PUNDIT
We report the truth — and leave the Russia-Collusion fairy tale to the Conspiracy media

 **Phillis Stein** → PennMan
23 days ago

Rockefeller invention - all of these need to be wiped from the face of the earth. This may happen on its own to some degree as these folk are de-funded.

1 ⌃ | ⌄  Reply

 **dude911** → PennMan
23 days ago

In 1952 there was an official declaration of war by the smallest nation in the world. The UN got them to drop it by giving them 23 million dollars and a ferry. Thats it! (sarc off)

1 ⌃ | ⌄  Reply

 **Augen Hund** → dude911
22 days ago

Did they have the Q bomb?
(Mouse that Roared)

⌃ | ⌄  Reply

 **Volunteer**
23 days ago

So when are these people going to be punished? 🙄

23 ⌃ | ⌄  Reply

 **Vandre_Falk** → Volunteer
23 days ago

When he who shall judge living and dead, Jesus Christ, returns. And he shall come up on the world like a thief in the night, suddenly and unsuspected, and with the double-edged sword of truth in his hands will he deliver his verdict.

4 ⌃ | ⌄  Reply

 **Volunteer** → Vandre_Falk
23 days ago

Advertisement

8:53 

All | Mentions
---|---



**Neuter Nazi** @NaziNeuter · 4h

@AyyEllCee, @NASEDorg, @StaciaCardille and @MichelleTassinari



   



**Neuter Nazi** @NaziNeuter · 4h

Replying to @AyyEllCee and @amyschumer



