**EXHIBIT A**



**HOW IT WORKS: How Election Officials & Government Actors Coordinate with Platforms to Silence Speech**