UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>                              Plaintiff,<br><br>          v.<br><br>WILLIAM FRANCIS GALVIN, in his official capacity as the Secretary of the Commonwealth of Massachusetts and his individual capacity, MICHELLE TASSINARI, in her individual capacity, DEBRA O'MALLEY, in her individual capacity, AMY COHEN, in her individual capacity, and NATIONAL ASSOCIATION OF STATE ELECTION DIRECTORS<br><br>                              Defendant. | CIVIL ACTION<br>NO. 1:20-cv-11889-MLW |

**STIPULATION OF DISMISSAL**

NOTICE IS GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Dr. Shiva Ayyadurai now hereby voluntarily dismisses with prejudice all claims in this suit.  In addition, all parties voluntarily withdraw all pending motions in this matter.  There is no further action by any party on this matter, no questions in controversy remain among the parties, and each party will bear its own costs and fees.

                              Respectfully submitted,

                              Plaintiff,

                              SHIVA AYYADURAI

                              By his attorneys,

                              /s/ Timothy Cornell

1

Timothy Cornell (BBO No. 654412)
Cornell Dolan, P.C.
Ten Post Office Square, Suite 800 South
Boston, MA  02109
617-850-9036
tcornell@cornelldolan.com


Defendants,

WILLIAM FRANCIS GALVIN, in his official and individual capacities, MICHELLE TASSINARI, in her individual capacity, and DEBRA O'MALLEY, in her individual capacity,

By their attorneys,

MAURA HEALEY
ATTORNEY GENERAL

/s/ Adam Hornstine
Anne Sterman (BBO No. 650426)
Adam Hornstine (BBO No. 666296)
Assistant Attorneys General
Office of the Attorney General
One Ashburton Place
Boston, MA  02108
617-963-2048
Anne.Sterman@mass.gov
Adam.Hornstine@mass.gov

NATIONAL ASSOCIATION OF STATE ELECTION DIRECTORS and AMY COHEN,

By their attorneys,

/s/ Nolan J. Mitchell
Nolan J. Mitchell
Quarles & Brady LLP
1701 Pennsylvania Avenue
Suite 700
Washington, D.C. 20006
Telephone: (202) 780-2644
Facsimile: (202) 372-9572
E-mail: Nolan.Mitchell@quarles.com

TWITTER, INC.,

By its attorneys,

/s/ Felicia H. Ellsworth
Felicia H. Ellsworth (BBO No. 665232)
WilmerHale
60 State Street
Boston, MA 02109
Telephone: (617) 526-6687
E-mail: Felicia.Ellsworth@wilmerhale.com


Date: August 10, 2021

### CERTIFICATE OF SERVICE

    I, Timothy Cornell hereby certify that I have this day, August 10, 2021, served the foregoing notice of dismissal, upon all parties, by electronically filing to all ECF registered parties.

/s/ Timothy Cornell
Timothy Cornell